U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

EUGENE FRAZIER, JR.  CIVIL ACTION NO. 06-cv-0312

VERSUS  JUDGE STAGG

WARDEN LOUISIANA STATE  MAGISTRATE JUDGE HORNSBY
PENITENTIARY

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **denied** and Petitioner's complaint **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of August, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE